FILED

UNITED STATES COURT OF APPEALS

JAN 21 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-16819 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - Appellees, | ORDER |
| v. | |
| JO BATMAN, | |
| Objector - Appellant, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-16918 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - Appellees, | |

v.

JOHN SCHACHTER, on behalf of himself and his minor son S.M.S.; et al.,

        Objectors - Appellants,

v.

FACEBOOK, INC.,

        Defendant - Appellee.

---

ANGEL FRALEY; et al.,

        Plaintiffs - Appellees,

C.M.D.; et al.,

        Intervenor-Plaintiffs - Appellees,

v.

WENDY LALLY; et al.,

        Objectors - Appellants,

v.

FACEBOOK, INC.,

        Defendant - Appellee.

No. 13-16919

D.C. No. 3:11-cv-01726-RS
Northern District of California,
San Francisco

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-16929 |
|       Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
|       Intervenor-Plaintiffs - Appellees, | |
|   v. | |
| K.D.; et al., | |
|       Objectors - Appellants, | |
|   v. | |
| FACEBOOK, INC., | |
|       Defendant - Appellee. | |

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-16936 |
|       Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
|       Intervenor-Plaintiffs - Appellees, | |
|   v. | |
| H.L.S., through her mother, Sheila L. Shane, | |

| | |
|---|---|
| Objector - Appellant, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-17028 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - Appellees, | |
| THOMAS L COX, Jr.; et al., | |
| Objectors - Appellants, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-17097 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - | |

>            Appellees,
>
> CAROL BARRETT,
>
>            Objector - Appellant,
>
>   v.
>
> FACEBOOK, INC.,
>
>            Defendant - Appellee.

Before: Peter L. Shaw, Appellate Commissioner.

On December 3, 2013, appeal No. 13-17097 was dismissed for failure to prosecute under Ninth Circuit Rule 42-1 because appellant failed to pay the filing fees. Appellant has since paid the fees and has moved to reinstate the appeal. The opposed motion to reinstate the appeal is granted.

Appeal No. 13-17097 shall be consolidated with consolidated appeals Nos. 13-16819, 13-16918, 13-16919, 13-16929, 13-16936, and 13-17028.

The briefing schedule set forth in the court's December 12, 2013 consolidation order remains in effect for these consolidated appeals.