**Case No. 13-16918**
(Consolidated with Nos. 13-16819, -16919, -16929, -16936, -17028 & -17097)

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

ANGEL **FRALEY**, et al.,

*Plaintiffs-Appellees*,

**C.M.D.**, et al.,

*Intervenor-Plaintiffs-Appellees*,

JOHN **SCHACTER** (on behalf of himself and his minor son S.M.S.), KIM PARSONS (on behalf of herself and her minor daughter C.B.P.), ANN LEONARD (on behalf of herself and her minor daughter D.Z.), R.P. (through her mother Margaret Becker), and J.C. (through his father Michael Carome), Class Members,

*Objector-Appellants*,

v.

**FACEBOOK, INC.**,

*Defendant-Appellee*.

MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ELECTRONIC PRIVACY INFORMATION CENTER IN SUPPORT OF APPELLANTS

Pursuant to Fed. R. App. P. 29(b), the Electronic Privacy Information Center ("EPIC") moves the Court for leave to file the accompanying *amicus curiae* brief in the above-captioned matter. EPIC attempted to obtain consent from the parties for the filing of its amicus brief pursuant to Fed. R. App. P. 29(a). Counsel for Objector-Appellants, Intervenor-Plaintiffs-Appellees, and Defendant-Appellees

1

consented to the filing of EPIC's *amicus* brief, but counsel for Plaintiffs-Appellees did not respond to our request for consent.

## Standard

An organization may file as *amicus curiae* by leave of court when "the movant [has an] interest," the "*amicus* brief is desirable," and "the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(b); *see also In re Grand Jury Witness*, 695 F.2d 359 (9th Cir. 1982) (denying motion for leave to file *amicus* because it failed to identify the party or his interest in the case).

## EPIC's Expertise

The Electronic Privacy Information Center ("EPIC") is a public interest research center in Washington, D.C. EPIC was established in 1994 to focus public attention on emerging civil liberties issues and to protect privacy, the First Amendment, and other Constitutional values. EPIC maintains two of the most popular web sites in the world concerning privacy – epic.org and privacy.org – and is recognized as a preeminent expert in consumer privacy issues.

EPIC advocates for consumer privacy in matters before the Federal Trade Commission and the U.S. Congress and also routinely advises courts in consumer privacy class actions to ensure that the settlement is aligned with the purpose of the litigation and that the *cy pres* allocations advance the interests of class members.

## EPIC's Interest

2

EPIC is interested in this case for three reasons. First, EPIC and a coalition of consumer privacy organizations are responsible for the 2011 consent order between the Federal Trade Commission and defendant Facebook concerning the protection of consumer privacy that is impacted by this settlement. Second, EPIC has routinely advised courts in consumer privacy class actions to help ensure that the settlement is aligned with the purpose of the litigation and that the *cy pres* allocations advance the interests of class members. Third, in *Marek v. Lane*, a case that bears a striking similarity to the matter currently before this court, Chief Justice John Roberts expressed concerns that reflect views EPIC and others have routinely expressed about class action settlements in consumer privacy cases.

This case involves the core privacy right of Facebook users: their ability to control the commercial use of their names and images. Misappropriation is the cornerstone of modern privacy law, and as a leading advocate for the privacy rights of Facebook users, EPIC has an interest in ensuring that the silent class members' interests are recognized in this case. EPIC seeks to ensure that the court does not approve a settlement that unfairly extinguishes their rights.

**EPIC's *Amicus* Brief Is Desirable and Relevant to the Disposition of the Case**

EPIC's *amicus* brief supports Objector-Appellant Schacter, urging reversal of the district court's final approval of the Amended Settlement Agreement. EPIC's brief explains the relevant history of the tort of misappropriation. EPIC's

3

brief then outlines the objective indicators of the unfairness of the Amended Settlement Agreement. EPIC notes similar concerns recently expressed by Chief Justice Roberts in *Marek v. Lane*. Finally, EPIC's brief outlines the prior efforts of EPIC and other consumer privacy organizations to improve the settlement.

EPIC's brief is desirable because EPIC has particular expertise concerning the substantive right of privacy and the fairness of consumer privacy class action settlements. These issues are directly tied to the parties' claims in this matter, and are relevant to the disposition of the case. EPIC's brief discusses aspects of the case – such as unfair *cy pres* distributions and a recent Federal Trade Commission Consent Decree concerning Facebook– that are not discussed in Appellee's or Appellant's briefs.

## Conclusion

*EPIC* respectfully asks this Court to grant EPIC's motion to file the accompanying *amicus* brief in the above-captioned matter.

Respectfully submitted,

    */s/ Marc Rotenberg*_____
    Marc Rotenberg
      *Counsel of Record*
    Alan Butler
    Julia Horwitz
    Electronic Privacy
      Information Center (EPIC)
    1718 Connecticut Ave. NW,
    Suite 200
    Washington, DC 20009
    (202) 483-1140

February 20, 2014

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2014, the foregoing Motion for Leave to File Brief of *Amicus Curiae* Electronic Privacy Information Center was electronically filed with the Clerk of the Court, and thereby served upon counsel for the parties *via* electronic delivery.

Dated: February 20, 2014

                                         */s/ Marc Rotenberg*
                                         Marc Rotenberg
                                            *Counsel of Record*
                                         Alan Butler
                                         Julia Horwitz
                                         Electronic Privacy
                                              Information Center (EPIC)
                                         1718 Connecticut Ave. NW, Suite 200
                                         Washington, DC 20009
                                         (202) 483-1140