**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL FRALEY; et al.,<br><br>          Plaintiffs - Appellees,<br><br>C.M.D.; et al.,<br><br>          Intervenor-Plaintiffs - Appellees,<br><br>   v.<br><br>JO BATMAN,<br><br>          Objector - Appellant,<br><br>   V.<br><br>FACEBOOK, INC.,<br><br>          Defendant - Appellee. | No. 13-16819<br><br>D.C. No. 3:11-cv-01726-RS<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| ANGEL FRALEY; et al.,<br><br>          Plaintiffs - Appellees,<br><br>C.M.D.; et al.,<br><br>          Intervenor-Plaintiffs - Appellees,<br><br>   v. | No. 13-16918<br><br>D.C. No. 3:11-cv-01726-RS<br>Northern District of California,<br>San Francisco |

Lking/3.17.14/Pro Mo

| | |
|---|---|
| JOHN SCHACHTER, on behalf of himself and his minor son S.M.S.; et al., | |
|        Objectors - Appellants, | |
| V. | |
| FACEBOOK, INC., | |
|        Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-16919 |
|        Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS Northern District of California, San Francisco |
| C.M.D.; et al., | |
|        Intervenor-Plaintiffs - Appellees, | |
| v. | |
| WENDY LALLY; et al., | |
|        Objectors - Appellants, | |
| V. | |
| FACEBOOK, INC., | |
|        Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-16929 |
|        Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS Northern District of California, |

Lking/3.17.14/Pro Mo

| | |
|---|---|
| C.M.D.; et al., | San Francisco |
|     Intervenor-Plaintiffs - Appellees, | |
|  v. | |
| K.D.; et al., | |
|     Objectors - Appellants, | |
|  V. | |
| FACEBOOK, INC., | |
|     Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-16936 |
|     Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS Northern District of California, San Francisco |
| C.M.D.; et al., | |
|     Intervenor-Plaintiffs - Appellees, | |
|  v. | |
| H.L.S., through her mother, Sheila L. Shane, | |
|     Objector - Appellant, | |
|  V. | |
| FACEBOOK, INC., | |

Lking/3.17.14/Pro Mo

|  |  |
|---|---|
| Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-17028 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS<br>Northern District of California,<br>San Francisco |
| C.M.D.; et al., | |
| Intervenor-Plaintiffs - Appellees, | |
| THOMAS L COX, Jr.; et al., | |
| Objectors - Appellants, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |
| ANGEL FRALEY; et al., | No. 13-17097 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS<br>Northern District of California,<br>San Francisco |
| C.M.D.; et al., | |
| Intervenor-Plaintiffs - Appellees, | |
| CAROL BARRETT, | |
| Objector - Appellant, | |
| v. | |

| |
|---|
| FACEBOOK, INC., <br><br>     Defendant - Appellee. |

Appellants' Thomas L. Cox, Jr., Tracey Cox Klinge and Katie Sibley motion for an extension to file the opening brief is granted. The Clerk shall file the opening brief received March 17, 2014.

Appellant Jo Batman's opposed motion for an extension of time to file the opening brief is moot. Court records reflect that appellant has filed the opening brief on March 14, 2014. The answering brief is now due April 16, 2014. The optional reply briefs are due within 14 days after service of the answering brief.

                                        For the Court:

                                        MOLLY C. DWYER
                                        Clerk of the Court

                                        Linda K. King
                                        Deputy Clerk
                                        Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                            and Ninth Circuit Rule 27-10

Lking/3.17.14/Pro Mo